149 P.3d 812

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**December 22, 2006**

| 27763 | J.M-J., In re | Affirmed |

**December 29, 2006**

| 26606 | Beebe v. Administrative Director of Courts, State of Hawai'i | Affirmed |
| 27533 | State v. Rivers | Affirmed |

**January 5, 2007**

| 27825 | Blaisdell v. State | Affirmed |
| 27025 | Coulter v. State | Affirmed |
| 26973 | Silk v. State | Affirmed |

**January 11, 2007**

| 27620 | State v. Paulich | Affirmed |

**January 16, 2007**

| 27417 | State v. Mendoza | Affirmed |

**January 17, 2007**

| 27005 | State v. Crowell | Affirmed, Vacated and Remanded |

**January 19, 2007**

| 27659, 27833 | 143 Nenue Holdings, LLC v. Bonds | Affirmed |

**January 22, 2007**

| 27787 | L-K Children, In re | Affirmed |

**January 24, 2007**

| 27596 | State v. Fernandez | Affirmed |
| 27599 | State v. Souza | Affirmed |